UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCIS J. KEATING, JR. et al.,
                Plaintiffs,

-v-

AIR & LIQUID SYSTEMS CORPORATION et al.,
                Defendants.

18-CV-12258 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On November 14, 2019, this action was erroneously terminated. The case has since been reopened. In light of this error, the pretrial conference scheduled for December 6, 2019, is hereby adjourned to December 18, 2019, at 12:15 p.m.

    SO ORDERED.

Dated: December 5, 2019
       New York, New York

                                            J. PAUL OETKEN
                                            United States District Judge